1   Steven J. Parsons
    Nevada Bar No. 363
2   Law Offices of Steven J. Parsons
    10091 Park Run Dr Ste 200
3   Las Vegas, NV 89145-8868
    (702) 384-9900
4   (702) 384-5900 – fax
    Steve@SJPLawyer.com
5
    Scott E. Davis
6   Nevada Bar No. 8788
    Scott E. Davis, P.C.
7   8360 E Raintree Dr Ste 140
    Scottsdale, AZ 85260-2687
8   (602) 482-4300
    (602) 569-9720 – fax
9   Davis@scottdavispc.com

10  Attorneys for Plaintiff
    **KATHLEEN KARELS**

11               UNITED STATES DISTRICT COURT

12                   DISTRICT OF NEVADA

13  **KATHLEEN KARELS**, an individual,          Case No. **2:17-cv-1039-JCM-(VCF)**

14       Plaintiff,                              THE PARTIES STIPULATION AND
                                                        ORDER
15  vs.                                          TO DISMISS THE WAL-MART
                                                 DEFENDANTS, *ONLY*, WITHOUT PREJUDICE
16  **WAL-MART STORES, INC.**, a Delaware
    corporation; **GROUP LONG TERM DISABILITY**
17  **PLAN FOR EMPLOYEES OF WAL-MART**
    **STORES, INC.**, an employee welfare benefit
18  plan; and **HARTFORD LIFE AND ACCIDENT**
    **INSURANCE COMPANY**, a Connecticut
19  corporation,

20       Defendants.
                                          /
21

22       The Parties, Plaintiff, **KATHLEEN KARELS**, ("Plaintiff" or "Karels") by her attorneys,

23  Steven J. Parsons of Law Offices of Steven J. Parsons, and Scott E. Davis of Scott E. Davis,

24  P.C.; Defendants **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**, ("Hartford") by its

25  attorneys, Kristina N. Holmstrom of Lewis Roca Rothgerber Christie LLP; and **WAL-MART**

26  **STORES, INC.**, and **GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF WAL-MART**

27  **STORES, INC.** ("Wal-Mart Defendants") by their attorneys, J. Gordon Howard of Russell &



*10091 Park Run Drive, Suite 200*
*Las Vegas, Nevada 89145-8868*
*(702)384-9900; fax (702)384-5900*
*Info@SJPlawyer.com*

Page 1 of 3

OLIVER, PLC of Memphis, Tennessee,[1] hereby stipulate and agree, as follows:

1. Plaintiff served Wal-Mart Defendants with the Complaint on May 12, 2017;

2. The parties earlier stipulated to allow time for the parties to engage in discussions to see if Wal-Mart Defendants' were necessary parties to this litigation. The stipulation was entered as an Order of the Court (Doc. # 7) on June 2, 2017;

3. Upon further inquiry and discussion between the Parties' counsel, it was confirmed that there are no other employee benefits for Plaintiff, other than the disability benefits as set forth in Plaintiff's Complaint, that her claims or the facts would implicate;

4. Defendant Hartford is an insurer, not the Plan. Defendant Hartford fully insured the benefits of the Plan;

5. The claims decision of Defendant Hartford would benefit or be to the detriment of only Defendant Hartford, therefore Defendant Hartford has a structural conflict of interest (in that it both funds and decides claims.)

Therefore, the Parties hereby stipulate and agree that the Complaint as to the Wal-Mart Defendants, only, be dismissed, without prejudice, and that the Court enter its Order, accordingly.

Further, the Parties also agree that they seek the Order of Dismissal to include that the Wal-Mart Defendants' names be stricken from the caption of the case by the Clerk of the Court.

Dated: Monday, June 19, 2017.

| LAW OFFICES OF STEVEN J. PARSONS | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| /s/ Steven J. Parsons | /s/ Kristina N. Holmstrom |
| Steven J. Parsons | Kristina N. Holmstrom |
| Nevada Bar No. 363 | Nevada Bar No. 10086 |
| Attorneys for Plaintiff **KATHLEEN KARELS** | Attorneys for Defendant **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY** |

---

[1] Mr. Howard's only participation in this case was to secure the dismissal of the Wal-Mart Defendants, as provided for herein.



1. RUSSELL & OLIVER, PLC

2. /s/ J. Gordon Howard
   J. Gordon Howard
3. Tennessee Bar No. 026850

4. Attorney for Wal-Mart Defendants

5. **ORDER**

6. **IT IS SO ORDERED.**

7. Dated: June 21, 2017.

_____
UNITED STATES DISTRICT JUDGE

8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.



*10091 Park Run Drive, Suite 200*
*Las Vegas, Nevada 89145-8868*
*(702)384-9900; fax (702)384-5900*
*Info@SJPlawyer.com*

Page 3 of 3