# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| KATHLEEN KARELS, | |
|---|---|
| Plaintiff, | |
| vs. | 2:17-cv-01039-JCM-VCF |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | **ORDER** |
| Defendant. | |

Before the Court is the Stipulated Discovery Plan and Scheduling Order (ECF No. 16).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Stipulated Discovery Plan and Scheduling Order (ECF No. 16) is scheduled for 1:00 PM, September 19, 2017, in Courtroom 3D.

DATED this 6th day of September, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE